**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Yasheem FAGAN, Defendant–**
**Appellant.**

**No. 12–1157–cr.**

United States Court of Appeals,
Second Circuit.

April 29, 2013.

Marjorie M. Smith, Law Office of Marjorie M. Smith, Brooklyn, NY, for Appellant.

Elizabeth S. Riker for Richard S. Hartunian, United States Attorney, Northern District of New York (Carla B. Freedman on the brief), Syracuse, NY, for Appellee.

PRESENT: DENNIS JACOBS, Chief Judge, ROSEMARY S. POOLER, RICHARD C. WESLEY, Circuit Judges.

### *SUMMARY ORDER*

Yasheem Fagan appeals from the judgment of the United States District Court for the Northern District of New York (Hurd, *J.*), sentencing him chiefly to 144 months in prison on his plea of guilty to conspiracy to distribute and possess with the intent to distribute more than 28 grams of cocaine base, in violation of 21 U.S.C. §§ 841, 846. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Fagan argues that his sentence is substantively unreasonable. The substantive reasonableness of a sentence is reviewed under a deferential abuse of discretion standard. *Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). "[I]n the overwhelming majority of cases, a Guidelines sentence will fall comfortably within the broad range of sentences that would be reasonable in the particular circumstances. It is therefore difficult to find that a below-Guidelines sentence is unreasonable." *United States v. Perez–Frias,* 636 F.3d 39, 43 (2d Cir. 2011) (per curiam) (quotation marks and internal citation omitted).

Fagan's sentence of 144 months is nearly ten years *less* than the recommended Guidelines minimum with a career offender enhancement. It is not so "shockingly high, shockingly low, or otherwise unsupportable as a matter of law" that allowing it to stand would "damage the administration of justice." *See United States v. Rigas,* 583 F.3d 108, 123 (2d Cir.2009).

Finding no merit in the remaining arguments, the judgment is **AFFIRMED.**